**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF<br><br>JAMES LAIRD DEVOU<br><br>DEBTOR | IN PROCEEDINGS<br>UNDER CHAPTER 13<br><br>NO. 11-10411<br>JUDGE: Goldgar (Lake) |

### NOTICE OF STATEMENT OF OUTSTANDING MORTGAGE OBLIGATION

As you know, our firm represents The Bank of New York Mellon FKA The Bank of New York as Trustee for the Certificateholders of the CWALT, Inc, Alternative Loan Trustee 2005-44 Mortgage Pass- Through Certificates, Series 2005-44 in your Chapter 13 case number 11-10411. In that capacity, we have been retained to collect a debt provided for by your Chapter 13 Plan. As of 11/14/2011, the sums due and owing to The Bank of New York Mellon are as follows:

**Pre-Filing payments due and owing (Debtor surrendering the Property):**

12/2009 – 08/2010 monthly payments at    = $   38,115.36
$4,235.04 each

09/2010 – 03/2011 monthly payments at    =$   32,085.76
$4,583.68 each

**Post-Filing payments due and owing**

| | |
|---|---|
| 04/2011 – 08/2011 monthly payments at $4,491.60 each | =$ 22,458.00 |
| 09/2011 – 11/2011 monthly payments at $4,448.97 each | =$ 13,346.91 |
| 05/25/2011- Advanced County tax payment to Lake County Treasurer | =$ 6,834.05 |
| 06/09/2011 –Advanced Hazard insurance payment to USAA insurance company | =$ 1,866.56 |
| 08/16/2011- Advanced County tax payment To Lake County Treasurer | =$ 6,834.06 |
| TOTAL | = $ 121,540.70 |

Respectfully submitted,

/s/ Christopher J. Stasko
Christopher J. Stasko

Richard B. Aronow ARDC# 03123969
Michael J. Kalkowski ARDC# 06185654
Josephine J. Miceli ARDC# 06243494
Christopher R. Murphy ARDC# 06302607
Christopher J. Stasko ARDC #06256720
Fisher and Shapiro, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847)291-1717
Attorneys for Movant
11-051897

**The firm of Fisher and Shapiro, LLC is a debt collector.  This is an attempt to collect a debt.  Any information may be used for that purpose.  If your personal liability for this debt has been extinguished, discharged in bankruptcy or if a court order prohibits collecting this debt from you personally, then this is an attempt to enforce the Movant's rights with respect to the property addressed herein, and it is not an attempt to collect the debt from you personally.**